UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-529-T-17TBM

JOSE ABEL VALLEGO MARTINES.
_____/

ORDER

This cause is before the Court on:

Dkt. 101     Motion to Reduce Sentence

Defendant Jose Abel Vallego Martines, *pro se*, moves for a sentence reduction pursuant to 18 U.S.C. Sec. 3582(c)(2) and Amendment 782.

Defendant Vallego Martines entered into a Plea Agreement (Dkt. 24). Defendant Vallego Martines was sentenced on June 12, 2015 on Count 1 to a term of imprisonment of 120 months, a 60-month term of supervised release, fine waived, and a special assessment fee of $100.00. Count 2 was dismissed on the Government's motion. (Dkts. 49, 52).

Defendant Vallego Martines was sentenced to the statutory mandatory minimum term of imprisonment. Defendant Vallego-Martines' sentence was calculated under the November 2014 Sentencing Guidelines, which incorporated the changes implemented by Amendment 782.

After consideration, the Court denies Defendant Vallego Martines' Motion for Sentence Reduction pursuant to 18 U.S.C. Sec. 3582(c)(2) and Amendment 782. Accordingly, it is

**ORDERED** that *pro se* Defendant Jose Abel Vallego Martines' Motion to Reduce Sentence (Dkt. 101) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of November, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

*Pro Se* Defendant:

Jose Abel Vallego Martines
61759-018
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO    65801-4000